# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

In re:

Ralf Schmitz                                              Case No. 06-56745
                                                          Chapter 7
Debtor(s)                                                 Judge Preston


## NOTICE TO THE CLERK OF THE COURT
## SMALL UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of $117.23 represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| CREDITOR NAME AND ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Richard M. Wolfe<br>C/O W. Mark Jump<br>2130 Arlington Avenue<br>Columbus, Ohio 43221 | 12 | $117.23 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
|  | $117.23 |


Date: November 10, 2010

/s/ *William Todd Drown*
William Todd Drown, Case Trustee

cc: U.S. Trustee